BUTZEL, J. This is a companion case to *Linski* v. *City of Detroit,* and is controlled by the decision in that case reported *ante,* 385.

The decree is affirmed, with costs to the plaintiff.

CLARK, C. J., and MCDONALD, POTTER, SHARPE, NORTH, FEAD, and WIEST, JJ., concurred.

---

KUBIT *v.* CITY OF DETROIT.

This case is controlled by *Linski* v. *City of Detroit, ante,* 385.

Appeal from Wayne; Collingwood (Charles B.), J., presiding. Submitted June 21, 1932. (Docket No. 91, Calendar No. 36,505.) Decided October 3, 1932.

Bill by Stanley Kubit against City of Detroit, a municipal corporation, to set aside special assessments for street improvement purposes. Decree for plaintiff. Defendant appeals. Affirmed.

*Frank C. Cook* and *John P. O'Hara (John Conway Cook,* of counsel), for plaintiff.

*Walter Barlow* and *Arthur F. Lederle (Clarence E. Wilcox,* of counsel), for defendant.

MCDONALD, J. This is a companion case to *Linski* v. *City of Detroit,* and is controlled by the decision in that case reported *ante,* 385.

CLARK, C. J., and POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.